UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALYSSA WADE, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-1040 |
| MONTGOMERY COUNTY, | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Instrument No. 25) of United States Magistrate Judge Mary Milloy signed on December 6, 2017, regarding **Instrument No. 13 and Instrument No. 22**.

The Court finds as of January 24, 2018 no objections were filed by either party pursuant to 28 U.S.C. § 636(b)(1)(C) and General Order 80-5, S.D. Texas. Failure to file objections within 10 days after being served with a copy has barred the parties from attacking on appeal the Magistrate's factual findings.

**ORDERED, ADJUDGED and DECREED** that United States Magistrate Judge Milloy's Memorandum and Recommendation is hereby adopted by this Court.

The Clerk of the Court shall provide a true copy of this Order to all counsel of record.

SIGNED on this the 25th day of January, 2018, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE