UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALYSSA WADE, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-1040 |
| MONTGOMERY COUNTY, | § § § | |
| Defendant. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

The Court has reviewed the Memorandum and Recommendation (Instrument No. 67) signed by Magistrate Judge Christina Bryan on September 30, 2019, regarding the parties' cross-motions for summary judgment, Instruments 50 and 54. Plaintiff timely filed objections. The Court has reviewed the Memorandum and Recommendation and objection and made a de novo review of the Magistrate Judge's recommended dispositions to which objections were raised, Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *McLeod, Alexander, Powel & Apffel P.C. v. Quarles*, 925 F.2d 853, 855 (5th Cir. 1991), and after consideration of the applicable law, is of the opinion that said Memorandum and Recommendation should be adopted by this Court. It is therefore

ORDERED, ADJUDGED and DECREED that United States Magistrate Judge Bryan's Memorandum and Recommendation is hereby adopted by this Court.

SIGNED on this the 31st day of October, 2019, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE